NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NORMAN DOUGLAS DIAMOND,**
*Plaintiff-Appellant,*
**AND**
**ZAIDA GOLENA DEL ROSARIO,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5036

---

Appeal from the United States Court of Federal Claims in case no. 12-CV-0358, Judge Charles F. Lettow.

---

**ON MOTION**

---

**O R D E R**

The United States moves without opposition for a 28-day extension of time, until March 11, 2013, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s27